# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Sergio Enrique Valenzuela-Mendoza,<br>a.k.a.: Sergio Mendoza,<br>a.k.a.: Sergio Luis Valenzuela-Felix<br>(A201 026 490)<br>*Defendant* | )<br>)<br>) Case No. 17-591MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 28, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

*Complainant's signature*
Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 20, 2017

*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## ATTACHMENT A

### Count 1

On October 28, 2017, Sergio Enrique Valenzuela-Mendoza, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 20, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On October 28, 2017, at or near Phoenix, in the District of Arizona, Sergio Enrique Valenzuela-Mendoza, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 28, 2017, Sergio Enrique Valenzuela-Mendoza was booked into the Maricopa County Jail (MCJ) by the Chandler Police Department on local charges. While incarcerated at the MCJ, Valenzuela-Mendoza was examined by ICE Officer R. Moulton who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 19, 2017, Valenzuela-Mendoza was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Valenzuela-Mendoza was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Sergio Enrique Valenzuela-Mendoza to be a citizen of Mexico and a previously deported criminal alien. Valenzuela-Mendoza was removed from the United States to Mexico at or near Nogales, Arizona, on or about January 20, 2011, pursuant to an order of removal issued by an immigration judge.

There is no record of Valenzuela-Mendoza in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Valenzuela-Mendoza's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Sergio Enrique Valenzuela-Mendoza in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Valenzuela-Mendoza presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Valenzuela-Mendoza entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Valenzuela-Mendoza's immigration history was matched to him by electronic fingerprint comparison.

5. On November 19, 2017, Sergio Enrique Valenzuela-Mendoza was advised of his constitutional rights. Valenzuela-Mendoza freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 28, 2017, Sergio Enrique Valenzuela-Mendoza, an alien, was found in

the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 20, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on or about October 28, 2017, at or near Phoenix, in the District of Arizona, Sergio Enrique Valenzuela-Mendoza, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 20th day of November, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge